**Jason M. SUMRALL, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3058.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2004.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**METABOLITE LABORATORIES, INC. and Competitive Technologies, Inc., Plaintiffs–Appellees,**

v.

**LABORATORY CORPORATION OF AMERICA HOLDINGS (doing business as LabCorp), Defendant–Appellant.**

No. 03–1624.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2005.

BRYSON, Circuit Judge.

*ORDER*

Laboratory Corporation of America Holdings (LabCorp) moves for the entry of judgment in this attorney fee case in favor of Metabolite Laboratories, Inc. et al. in view of the court's disposition of the underlying merits, *Metabolite Labs., Inc. v. Laboratory Corp. of Am. Holdings*, 370 F.3d 1354 (Fed.Cir.2004). Metabolite consents. LabCorp replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) LabCorp's motion for summary affirmance of the August 5, 2003 attorney fee judgment of the United States District Court for the District of Colorado, 99–Z–870, is granted.

(2) Each side shall bear its own costs.